| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| G. THOMAS MARTIN, III, SBN 218456<br>15760 Ventura Blvd Ste 1100<br>Encino     CA     91436<br>ATTORNEY FOR (Name)   Plaintiff | (818) 205-2408 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
KURTZ v JR DIRECT

| 2435448 | (HEARING) Date | Time | Dept | Case Number:<br>12CV2979DMSBLM |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>KURTZ v JR DIRECT |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL COVER SHEET

3. a. PARTY SERVED:   JR DIRECT FUNDING

   b.   Jeff Ribera, Owner

4. ADDRESS:   3802 Rosecrans Street, # 536
   SAN DIEGO     CA     92110

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
   ON   12/28/2012   AT   2:50:00 PM
   b. BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
      CHRISTIAN "DOE", MANAGER APPARENTLY IN CHARGE
      HISPANIC MALE 39YRS 5'10" 170LBS. BROWN HAIR BROWN EYES
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:   JR DIRECT FUNDING

   Jeff Ribera, Owner

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

7a. Person Serving:   Andrew   Vartgess
b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626
c. (714) 662-5555

d. The fee for service was   $74.05
e. I am:
   (1) ☐ not a registered California process server:
   (3) ☒ registered California process server:
      (i) Independent Contractor
      (i) Registration No:   1806
      (i) County:   SAN DIEGO

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Andrew Vartgess
1/16/2013

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| G. THOMAS MARTIN, III, SBN 218456<br>15760 Ventura Blvd Ste 1100<br>Encino    CA    91436 | (818) 205-2408 | |
| ATTORNEY FOR (Name    Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
KURTZ v JR DIRECT

| 2435448 | (HEARING) Date | Time | Dept | Case Number:<br>12CV2979DMSBLM |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>KURTZ v JR DIRECT |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON  12/31/12

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT
CIVIL COVER SHEET

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

JR DIRECT FUNDING

Jeff Ribera, Owner
3802 Rosecrans Street, # 536
SAN DIEGO    CA    92110

DECLARANT:  MONICA FIGUEROA

d. The fee for service was    $74.05
e. I am:
(1) X  not a registered California process server:
(3)    registered California process server:
    (i) Employee
    (i) Registration No:
    (i) County:  Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  MONICA FIGUEROA

1/16/2013

X _____
SIGNATURE

**PROOF OF SERVICE**