G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
KRISTOPHER KURTZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KURTZ, <br><br> Plaintiff, <br><br> vs. <br><br> JR DIRECT FUNDING; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. **3:12-cv-02979-DMS-BLM** <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff, KRISTOPHER KURTZ, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendants, JR DIRECT FUNDING; and DOES 1 through 10, inclusive,. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

///

NOTICE OF SETTLEMENT

1
2 | Respectfully submitted this 27th day of February, 2013,
3
4
5 | **PRICE LAW GROUP APC**
6 | By: /s/ G. Thomas Martin, III
7 | G. Thomas Martin, III
  | Attorney for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25