G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
KRISTOPHER KURTZ,

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KURTZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>JR DIRECT FUNDING; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:12-cv-02979-DMS-BLM<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, KRISTOPHER KURTZ, by counsel, and Defendant, JR DIRECT FUNDING, by counsel, hereby stipulate and agree that Plaintiff's action against JR DIRECT FUNDING; and DOES 1 through 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

///

RESPECTFULLY SUBMITTED,

Date: April 12, 2013           By: /s/ G. Thomas Martin, III
                               G. Thomas Martin, III, Esq.
                               Price Law Group
                               15760 Ventura Blvd., Suite 1100
                               Encino, CA 91436
                               Telephone: 818-907-2030
                               Fax: 818-205-2730
                               Email: tom@plglawfirm.com

                               *Counsel for Plaintiff Kristopher Kurtz*

Date: April 12, 2013           By: /s/ Andrew M Steinheimer
                               Andrew M Steinheimer
                               Mark E. Ellis
                               Lindsey N. Heaton
                               Ellis Law Group, LLP
                               740 University Avenue, Suite 100
                               Sacramento, CA 95825
                               Tel: (916) 283-8820
                               Fax: (916) 283-8821
                               Email: asteinheimer@ellislawgrp.com

                               *Counsel for JR Direct Funding*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS–
3:12-cv-02979-DMS-BLM