# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER KURTZ,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JR DIRECT FUNDING; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | Case No. 3:12-cv-02979-DMS-BLM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KRISTOPHER KURTZ against Defendants JR DIRECT FUNDING; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff KRISTOPHER KURTZ and Defendant JR DIRECT FUNDING shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 16, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　District Court Judge
　　　　　　　　　　　　　　　　Southern District of California